## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| AIRGATE PCS, INC. d/b/a SPRINT PCS, ) | C/A/NO.: 2:04-21969-12 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE TOWN OF HOLLYWOOD, ) | **CONSENT ORDER** |
| SOUTH CAROLINA, a body ) | **OF DISMISSAL** |
| politic and political subdivision ) | |
| of the State of South Carolina; ) | |
| THE TOWN OF HOLLYWOOD ) | |
| PLANNING AND ZONING ) | |
| COMMISSION, a governmental ) | |
| subagency of THE TOWN OF ) | |
| HOLLYWOOD, SOUTH ) | |
| CAROLINA, and THE TOWN OF ) | |
| HOLLYWOOD BOARD OF ) | |
| ZONING APPEALS, a ) | |
| governmental subagency of ) | |
| THE TOWN OF HOLLYWOOD, ) | |
| SOUTH CAROLINA. ) | |
| ) | |
| Defendants. ) | |

IT APPEARING that the Plaintiff, Airgate PCS, Inc. d/b/a Sprint PCS, filed this Complaint on or about August 23, 2004, for, *inter alia*, alleged violations of the *Telecommunications Act of 1996*, as codified in 47 U.S.C. § 332(c) (West Group. Supp., 2002), arising out of an administrative decision rendered by the Defendants; and it

NPCHAR1:275115.1-PG-(SPG) 028903-00005
Consent Order of Dismissal
April 27, 2005
Page 1 of 5



FURTHER APPEARING that, on as of about November 15, 2004, all of the named Defendants have appeared herein by counsel and filed a joint response to the Plaintiff's Complaint; and it

FURTHER APPEARING that the parties have now been able to resolve and settle this litigation fully and completely in all respects, now, therefore

UPON MOTION of Stephen P. Groves, Sr., Esquire of *Nexsen Pruet, LLC*, one of the attorneys for the Plaintiff, and with the consent of Ryan D. Bluestein, Esquire, of *Bluestein & Bulford, LLC* and Dean D. Porter, Esquire of the *Porter Law Firm, LLC*, counsel for the Defendants; it is

ORDERED that this matter be and hereby is dismissed; and it is

SO ORDERED.

_____
C. Weston Houck
United States District Judge

Charleston, South Carolina

May 24, 2005



WE MOVE:

*NEXSEN PRUET, LLC*

By: _____
   Stephen P. Groves, Sr., Esquire
   205 King Street, Suite 400
   (P. O. Box 486) (29402-0486)
   Charleston, SC 29401
   Telephone:      843.720.1725
   Telecopier:     843.720.1777
   E-Mail:         Sgroves@nexsenpruet.com

*Attorneys for the Plaintiff*


Charleston, South Carolina

May 19, 2005



WE CONSENT:

BLUESTEIN & BULFORD, LLC

By: _____
Ryan D. Bluestein, Esquire
Post Office Box 31443
Charleston, South Carolina  29417-1443
Telephone:        843.571.7161

*Attorneys for the Defendants*

Charleston, South Carolina

April 27, 2005

WE CONSENT:

*PORTER LAW FIRM, LLC*

By: _____
Dean D. Porter, Esquire
710 Johnnie Dodds Boulevard
Suite 320
Mount Pleasant, South Carolina  29464
Telephone:     843.849.3191

*Attorneys for the Defendants*

Mount Pleasant, South Carolina

April  27  , 2005

NPCHAR1:275115.1-PG-(SPG) 028903-00005

